UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

J. JANE SMITH,

    Plaintiff,

v.                                  Case No.  8:04-cv-2575-T-30TGW

JOHN E. POTTER, Postmaster General,
United States Postal Service,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff filed this suit on November 29, 2004.  Plaintiff has failed to effectuate service upon the Defendant despite being given an extension of time in which to do so (Order entered at Dkt. #7 on April 15, 2005.  The Court finds that this action should be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2575.dismissal.wpd